Case 1:22-cv-00111-C   Document 1   Filed 07/19/22   Page 1 of 5   PageID 1

FILED
July 19, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

1:22-cv-00111

7/15/22

To whom it May Concern, Hopefully A true US District Clerk,

My given birth name is Kevin Marlon Myers SO#:119191

I'm an "inmate" being held hostage by a county of one of your Employers the U.S.A., Corporations good ole state of Texas.

I'm a California "Compton" Born to be specific at King Drew Medical Center AKA KILLA KING Hospital.

Since 13 years of age returning from Belize I've realized the feds been investigating or surveying my entire life.

Yall have watched My violence aided me/helped me during struggles and super tough times. Indirect me with multiple crime commits helped me escape/taught me all my ways.

I'm sick of running & hiding & wondering why & what I'm running & hiding from I want to embrace this experience head on. I dont have it in me to be a traitor I'm near giving up on life. I want to do whats right for my country finally.

In 1996 me & Two Elders of my family in Belize have found something worth hiding this long.

As Ive become older I understood & have done more research & studying on this cause & topic. I want to share this find with America so we can be properly compensated Globally & not killed or stolen from by the other country I want to be visited by a supervisor or multiple to discuss what we have & to share some artifacts we have discovered for years and never shared in exchange for Founder Credit Partially/Freedom & to be left alone as I live in other countries & stay to myself.

Turn Over

Turn over Next page #2 !

To any TRK who reads/sees this contact please help me! Turn page OVER —

I'm hoping whoever reads this please come find me or send someone so we can do this before Cisco Communications Owners & sub contractors spot everything and take all the credit for this monumental Discovery and be greedy about it through finding it and spying to do so please again I'm Kevin Marlon Myers currently being held hostage politically in Taylor county Jail under duress and praying that someone hears my cry... I'm here because law enforcement from the surrounding four Texas Counties Are Corrupt and I've turned them Down to work with them so they have made it their business to ruin my life Please Help me Please & Respectfully Send Someone I have proof of all claims & trust NO ONE But Higher Authority —

They have blocked me from using phones locked me in Seg for 30+ days without any reasons & tried to poison me multiple times & force feed me pills — I need help the Supervisors have ignored my request the Grievance officers the Judges, Everyone works for the one big County — Taylor County — I'm so scared And Not even sure my letter will get out this is my 7th ONE please If yall see it please I'd rather be in Russian Jail or Prison than here please Help me someone — GOD Bless —

